IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARIONA VELASQUEZ, *On Behalf of Herself and All Others Similarly Situated*, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COHEN-ESREY COMMUNITIES, LLC, | ) ) ) |
| Defendant. | ) Civil Action No. 3:20-CV-00720-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 18th day of May, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE